# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Count 1: 18 U.S.C. § 2252 (a)(4)(B) – Possession of Child Pornography

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: Maximum 20 years' imprisonment (18 U.S.C. § 2252(b)(2)); Maximum $250,000 fine (18 U.S.C. § 3571); Between five years and lifetime supervised release (18 U.S.C. § 3583(k)); $100 special assessment under 18 U.S.C. § 3013; Up to an additional $5,000 special assessment under 18 U.S.C. § 3014(a)(3); Up to $17,000 special assessment (18 U.S.C. § 2259A); Restitution; and Forfeiture.

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

DENNIS ORLANDO FRANCO-GALVEZ

DISTRICT COURT NUMBER

4:26-cr-00559 HSG

FILED
Nov 10 2026
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)

Homeland Security Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: Craig Missakian

☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Kelly I. Volkar

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT

Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

** Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time: Before Judge:

Comments:

CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

FILED

Nov 10 2026

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENNIS ORLANDO FRANCO-GALVEZ,

Defendant.

CASE NO. 4:26-cr-00559 HSG

VIOLATIONS:
18 U.S.C. § 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography;
18 U.S.C. § 2253 – Criminal Forfeiture

OAKLAND VENUE

## INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. §§ 2252(a)(4)(B) and (b)(2) – Possession of Child Pornography)

Beginning on a date unknown and continuing through at least March 26, 2026, in the Northern District of California, the defendant,

DENNIS ORLANDO FRANCO-GALVEZ,

did knowingly possess matter which contained at least one visual depiction that had been mailed, had been shipped and transported using a means and facility of interstate and foreign commerce, had been shipped and transported in and affecting interstate and foreign commerce, and was produced using materials that had been mailed, shipped, and transported using any means and facility of interstate and

foreign commerce, including by computer, the production of which visual depiction involved the use of a prepubescent minor engaging in sexually explicit conduct, which visual depiction was of such conduct, all in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

FORFEITURE ALLEGATION: (18 U.S.C. § 2253(a))

The allegations contained in this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 2253.

Pursuant to Title 18, United States Code, Section 2253, upon conviction of the offenses set forth in this Information, the defendant,

DENNIS ORLANDO FRANCO-GALVEZ,

shall forfeit to the United States of America:

a. any visual depiction described in Title 18, United States Code, Sections 2251 or 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

b. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

c. any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

The property to be forfeited includes, but is not limited to:

a. one Samsung cell phone, Model A16 5G (SM-A166U), Serial No. R5CY60ZSZMP, IMEI 355339323084593;

b. one black Samsung cell phone, SM-A146U, Serial No. R92X410EG6Y, IMEI 356677532706194;

c. one black Dialn cell phone, ICCID No. 89011503277561030302;

d. one black Samsung cell phone, Serial No. Unknown, IMEI 351488903799692; and

e. one white LG cell phone, Model Style 5 (LM-Q720), IMEI 358852104899622.

If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 2253, Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: _November 10, 2026______

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Kelly I. Volkar*
KELLY I. VOLKAR
Assistant United States Attorney